AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Michael Wells,<br>*Plaintiff*<br>v.<br><br>Aiken County Detention Center; Southern Health Partners; Dr. Williams; S. Hammock; B. Dehayes; Mrs. Cummins; Mrs. Victoria; Ron Skipper; Curtis Thompson,<br>*Defendants* | Civil Action No.   1:18-cv-01967-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Michael Wells, shall take nothing of the defendants, Aiken County Detention Center, Southern Health Partners, Dr. Williams, S. Hammock, B. Dehayes, Mrs. Cummins, Mrs. Victoria, Ron Skipper and Curtis Thompson, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, accepting the Reports and Recommendations of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action and granting Dehayes' Motion to Dismiss.

Date:   February 21, 2019                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                           s/L. Baker
                                                                           _____
                                                                           *Signature of Clerk or Deputy Clerk*